UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMERICAN CLAIMS MANAGEMENT, INC.,**

    Plaintiff,

v.

**ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,**

    Defendant.

Case No: 6:19-mc-25-Orl-41GJK

## ORDER

This cause came on for consideration, without oral argument, on the following motion:

> **MOTION:** ALLIED WORLD'S UNOPPOSED MOTION TO SEAL AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 13)
>
> **FILED:** May 1, 2019
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

On May 1, 2019, Defendant filed an Unopposed Motion to Seal and Incorporated Memorandum of Law (the "Motion"). Doc. No. 13. While the Motion references Local Rule 1.09, it does not comply with the requirements of this Court's standing order regarding motions to seal or redact. No. 18-mc-22-Orl-GJK (available on the Court's home page). Accordingly, it is hereby **ORDERED** that the Motion (Doc. No. 13) is **DENIED without prejudice**. Defendant may file an amended motion to seal that complies with this Court's standing order.

**DONE** and **ORDERED** in Orlando, Florida, on May 7, 2019.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties