IN THE UNITED STATES DISTRICT COURT, IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (fka Darwin Select Insurance Company),<br><br>        Defendant and Counterclaimant.<br>_____ / | Misc. Action.  6:19-MC-00025-CEM-GJK<br><br>Underlying Case Pending in the United States District Court for the Southern District of California<br><br>Case No.: 18-CV-0925 JLS (MSB) |

## **SUPPLEMENTAL DECLARATION OF WILLIAM V. O'CONNOR**

I, William V. O'Connor, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner with the law firm of Cooley LLP, attorneys of record in this matter for Plaintiff and Counterclaim-Defendant American Claims Management, Inc. ("ACM"). I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently to them.

2. ACM's Complaint was dismissed with leave to amend on March 28, 2019. Attached hereto as <u>Exhibit I</u> is a true and correct copy of ACM's First Amended Complaint, filed on April 29, 2019.

3. Allied World Surplus Lines Insurance Company ("Allied World") deposed ACM's current president, Dhara Patel, on April 25, 2019. Attached hereto as <u>Exhibit J</u> is a true and correct highlighted excerpt from Ms. Patel's deposition transcript dated April 25, 2019.

4. Allied World deposed ACM's prior litigation counsel, Stephen Erigero, on May 14, 2019. Attached hereto as <u>Exhibit K</u> is a true and correct highlighted excerpt from Mr. Erigero's deposition transcript dated May 14, 2019.

5. On May 30, 2019, I participated in a meet and confer phone call with Guyon Knight and Jonathan Feder on behalf of Allied World, and Jason Stearns and Melissa Murphy on behalf of Brown & Brown. Attached hereto as <u>Exhibit L</u> is a true and correct highlighted excerpt from the transcript of that call dated May 30, 2019.

6. On May 6, 2019, I took the deposition of Brett Arruda, Allied World's claims adjuster assigned to the QBE claim. I have reviewed Mr. Arruda's deposition transcript, and not once in more than 300 pages does he ever mention Mark King's name.

7. On April 26, 2019, ACM took the deposition of Allied World's coverage/monitoring counsel in the underlying litigation, Kimberly Ashmore. I have reviewed Ms. Ashmore's deposition transcript, and not once in more than 230 pages does she ever mention Mark King's name. Attached hereto as <u>Exhibit M</u> is a true and correct highlighted excerpt from Ms. Ashmore's deposition transcript dated April 26, 2019.

8. Allied World has subpoenaed QBE for information in this matter three times. Attached hereto as <u>Exhibit N</u> is a true and correct copy of Allied World's notice of subpoena issued to QBE on October 18, 2018. Attached hereto as <u>Exhibit O</u> is a true and correct copy of Allied World's notice of subpoena issued to QBE on November 20, 2018. Attached as <u>Exhibit P</u> is a true and correct copy of Allied World's notice of subpoena to QBE issued on May 2, 2019.

9. Alan Jampol, the attorney appointed by Allied World to defend ACM, was deposed by Allied World and ACM on May 15, 2019 and May 16, 2019, respectively. During Allied World's deposition of Mr. Jampol, Allied World's counsel repeatedly questioned Mr.

Jampol about his interactions with Mr. King. Attached hereto as <u>Exhibit Q</u> is a true and correct highlighted excerpt from Mr. Jampol's deposition transcript dated May 15, 2019

10. I am familiar with the parties' discovery practices in this case. To date, ACM has produced more than 22,000 documents, and Allied World has produced more than 17,000 documents. Mr. Jampol has also produced more than 1,800 documents in the ACM-Allied World litigation.

11. Allied World has not yet deposed Robert Schraner or Robert Bowling. Mr. Schraner is scheduled to be deposed by Allied World on June 11, 2019. Allied World has issued a deposition subpoena to Mr. Bowling.

12. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31st day of May 2019, in San Diego, California.

_____
William V. O'Connor