**UNITED STATES DISTRICT COURT, IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (fka Darwin Select Insurance Company), <br><br> Defendant and Counterclaimant. | Civil Action No. 6:19-mc-00025 (CEM) (GJK) <br><br> Underlying Case Pending in the United States District Court for the Southern District of California <br><br> Civil Action No.: 18-cv-0925 (JLS) (MSB) |

## NOTICE OF JOINDER IN REQUEST FOR ORAL ARGUMENT

On May 31, 2019, Mark King filed a 10-page reply brief and a declaration attaching more than 100 pages of exhibits in response to the opposition of Allied World Surplus Lines Insurance Company ("Allied World") to Mr. King's motion to quash. Based on numerous inconsistencies between the record evidence and the contentions of fact contained in both Mr. King's reply (Dkt. 21) and his declaration made under penalty of perjury (Dkt. 2), should this Court decline to transfer this motion to the Southern District of California (*see* Dkt. 12 at 12 n.3), Allied World hereby joins in Mr. King's request for oral argument (Dkt. 7).[1]

---

[1] Because the election to join in the request for oral argument is based on the contents of the Reply, Allied World did not have the opportunity to include this joinder in its opposition brief.

| | |
|---|---|
| Dated: June 4, 2019 | Respectfully submitted, |
| | By: */s/Ronald M. Schirtzer* |
| OF COUNSEL: | Ronald M. Schirtzer |
| | Florida State Bar No. 501662 |
| Jane M. Byrne | WEINBERG, WHEELER, HUDGINS, GUNN |
| Guyon H. Knight | & DIAL |
| Jonathan E. Feder | 255 South Orange Avenue, Suite 1260 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Orlando, Florida 32801 |
| 51 Madison Avenue, 22nd Floor | Telephone: (407) 734-7000 |
| New York, New York 10010 | rschirtzer@wwhgd.com |
| Telephone: (212) 849-7000 | |
| janebyrne@quinnemanuel.com | |
| guyonknight@quinnemanuel.com | |
| jonathanfeder@quinnemanuel.com | |

*Counsel for Defendant/Counterclaimant Allied World Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2019, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will generate an electronic notice of filing to the parties registered to the Court's CM/ECF system.

/s/ Ronald M. Schirtzer