IN THE UNITED STATES DISTRICT COURT, IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (fka Darwin Select Insurance Company), <br><br>     Defendant and Counterclaimant. <br> _____/ | Misc. Action.  6:19-MC-00025-CEM-GJK <br><br> Underlying Case Pending in the United States District Court for the Southern District of California <br><br> Case No.: 18-CV-0925 JLS (MSB) |

## **JOINT NOTICE OF STAY FOLLOWING CASE MANAGEMENT CONFERENCE**

Non-party Mark E. King ("Mr. King") and American Claims Management, Inc. ("ACM") respectfully submit notice that, following a case management conference on June 24, 2019, United States Magistrate Judge Michael S. Berg entered an order on June 28, 2019 in the underlying case pending in the United States District Court for the Southern District of California staying the deposition of Mr. King.  A true and correct copy of the order is attached hereto as **Exhibit A**.  This parallel stay will last through the next case management conference with Judge Berg on July 30, 2019, at which time the parties will report on the status of Mr. King's pending objection to the district judge, including this Court's entry of a stay.

Dated: July 2, 2019

Respectfully submitted,

/s/ *Lawrence P. Ingram*_____
Lawrence P. Ingram FBN: 855510
Melissa B. Murphy FBN: 70071
Freeborn & Peters LLP
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Telephone: (813) 488-2920
Email: lingram@freeborn.com
       mmurphy@freeborn.com
       pgeer@freeborn.com
       mbennett@freeborn.com
*Counsel for Non-Party Mark E. King*

COOLEY LLP
WILLIAM V. O'CONNOR (*pro hac vice*)

/s/ *William V. O'Connor*_____
William V. O'Connor (*pro hac vice*)

Attorneys for Plaintiff and Counterclaim-Defendant American Claims Management, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2019, the forgoing was filed using the Court's CM/ECF system, which will send electronic notice of filing to all counsel of record.

/s/ *William V. O'Connor*_____