**UNITED STATES DISTRICT COURT, IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (fka Darwin Select Insurance Company), <br><br> Defendant and Counterclaimant. | Misc. Action No. 6:19-MC-00025-CEM-GJK <br><br> Underlying Case Pending in the United States District Court for the Southern District of California <br><br> Case No. 18-cv-0925 JLS (MSB) |

**MOTION TO LIFT JUDGE MENDOZA'S ORDER GRANTING KING'S MOTION TO EXPEDITE RESOLUTION OF MOTION TO STAY AND MOTION TO STAY**

Allied World Surplus Lines Insurance Company ("Allied World"), by and through its undersigned attorneys, respectfully submits this Motion to Lift Judge Mendoza's Order Granting Non-Party Mark King's Motion to Stay ("Stay," Dkt. 32). For the reasons set forth below, the Stay is no longer needed because another Stay has been entered in the court presiding over the underlying action. As a result of that Stay, King and American Claims Management, Inc. ("ACM"), whom King represents in the underlying action, agreed to withdraw his Motion to Stay filed in this Court. Allied World files this motion to avoid potentially inconsistent court orders and to enforce the terms of King's agreement.

Allied World issued a subpoena to Mark King to elicit his testimony in the action between ACM and Allied World in the underlying dispute in the Southern District of California. *ACM v. Allied World*, No. 18-cv-925 (S.D. Cal.). King moved this Court to quash the subpoena served by Allied World. (Dkt. 1.) Following considerable briefing by the parties, Magistrate Judge Kelly correctly denied King's Motion to Quash upon finding that "King was involved in

the underlying dispute, litigation, and arbitration and that he is likely to have factual knowledge that is discoverable." (Dkt. 27.)  King has objected and filed a Motion to Set Aside Magistrate Judge Kelly's Order and Motion to Stay.  (Dkt. 30.)  King also filed a motion requesting that enforcement of the subpoena be stayed pending review by the District Court.  (Dkt. 30, 32.)

On June 24, 2019—during the time provided for Allied World to respond to King's Motion to Stay—ACM and Allied World participated in a case management conference with Magistrate Judge Michael Berg in the underlying action.  During that conference, the parties agreed to stay enforcement of the King subpoena until July 30, 2019, at which time the parties will reconvene for a meet and confer with Magistrate Judge Berg concerning the status of King's objection in this Court.  The parties also agreed to extend the discovery schedule to allow the parties to take final depositions and resolve final discovery disputes.  On June 28, 2019, Magistrate Judge Berg entered an Order formalizing the parties' agreement.  (Feder Decl., Ex. A.)

Shortly after the case management conference ended, counsel for Allied World wrote to counsel representing ACM and King to request that the Motion to Stay filed in this Court be withdrawn.  (Feder Decl., Ex. B.)  On June 25, 2019, William O'Connor—counsel for ACM who has also made filings on behalf of King in this Court—agreed with this proposal.  (Feder Decl., Ex. C.)  As a result, Allied World did not prepare an opposition to the Motion to Stay filed in this Court.  (Feder Decl. ¶ 7.)  However, when Allied World asked Mr. O'Connor to honor this agreement after Magistrate Judge Berg entered his order, Mr. O'Connor refused.  (Feder Decl., Ex. D.)  Counsel for ACM now claim that although they agreed to withdraw the stay motion, this did not comprise an agreement to vacate an order staying the case entered by this Court.

Magistrate Judge Berg's order staying enforcement of the King subpoena provides King with the relief he requested, and also permits the same judge overseeing the schedule in the underlying litigation as a whole to determine whether the King subpoena should continue to be stayed.  This Court's Order granting King's and ACM's motion to stay now subjects the parties to potentially inconsistent ruling with stays of different lengths in place. (Dkt. No. 34.)  Courts place great weight on avoiding disruption of a court's "management of the underlying litigation, as when that court has already ruled on issues presented by the motion or the same issues are likely to arise in discovery in many districts." Fed. R. Civ. P. 45, 2013 adv. comm. note.  For the court presiding over a subpoena dispute, courts exercise caution in the face of potentially inconsistent rulings for the "same motion regarding a similar subpoena in the same case" between the court issuing a subpoena and court in the underlying action. *Edwards v. Maxwell*, 2016 WL 7413505, at *2–3 (S.D. Fla. Dec. 22, 2016) (finding exceptional circumstances warranted transferring subpoena to district court in underlying litigation).  Furthermore, actions to avoid disruption of an issuing court's management are in the interests of promoting "consistent outcomes and judicial economy." *In re K.M.A. Sunbelt Trading Co.*, 2017 WL 2559790, at *1 (M.D. Fla. June 13, 2017)

### **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned counsel hereby certifies that counsel for Allied World has conferred with counsel for ACM and Mark E. King, who indicated that Mr. King intends to oppose this motion.

### **CONCLUSION**

For the foregoing reasons, Allied World respectfully requests that this Court lift the Stay to permit the Southern District of California to preside over both the schedule of the litigation as a whole and the stay of the enforcement of the King subpoena.

Dated: July 3, 2019                                  Respectfully submitted,


                                             By:
                                                 */s/ Ronald Schirtzer*
OF COUNSEL:                                      Ronald M. Schirtzer
                                                 Florida State Bar No. 501662
Jane M. Byrne                                    WEINBERG, WHEELER, HUDGINS, GUNN
Guyon H. Knight                                      & DIAL
Jonathan E. Feder                                255 South Orange Avenue, Suite 1260
QUINN EMANUEL URQUHART                           Orlando, Florida 32801
    & SULLIVAN, LLP                              Telephone: (407) 734-7000
51 Madison Avenue, 22nd Floor                    rschirtzer@wwhgd.com
New York, New York 10010
Telephone: (212) 849-7000
janebyrne@quinnemanuel.com
guyonknight@quinnemanuel.com
jonathanfeder@quinnemanuel.com

                                                 *Counsel for Defendant/Counterclaimant Allied
                                                 World Surplus Lines Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of July, 2019, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will generate an electronic notice of filing to the parties registered to the Court's CM/ECF system.

                                          /s/ *Ronald Schirtzer*